IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PX-PARTNERS, Inc., a Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV398 |
| v. | ) ) ) | |
| THOMAS R. MOHR, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 12, is scheduled before the undersigned on **February 7, 2008, at 3:00 p.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The Clerk's Office is directed to mail a copy of this order to the defendant at his last known address of record.

DATED this 15th day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge